**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 146 DB 2022 (No. 3 RST 2023) |
| | : | |
| TIMOTHY ANDREW WRIGHT | : | Attorney Registration No. 201537 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | (Philadelphia) |

**O R D E R**

**PER CURIAM**

    **AND NOW**, this 19th day of January, 2023, the Report and Recommendation of Disciplinary Board Member dated January 11, 2023, is approved and it is ORDERED that TIMOTHY ANDREW WRIGHT, who has been on Inactive Status, has demonstrated that he has the moral qualifications, competency, and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.